ANCHOR LUMBER CORPORATION, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Young, Kapper, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

ROSE D. APRIL, and LENORE APRIL, an Infant, etc., Respondents, v. PHILIP APRIL, and JOSEPH G. ABRAMSON, as Trustee, etc., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARION COLON, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

RHAYLEINE DYCKMAN, Respondent, v. FEROS REALTY CO., INC., and Others, Defendants; SAMUEL FELDMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. 317 WEST NINETY-SECOND STREET CORPORATION and Others, Defendants; J. EZRA SMITH and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FISHKILL LANDING LUMBER COMPANY, INC., Respondent, v. MARIE THERESA LLAVERIA, Sued Herein as MARIE THERESA SLAVERIA, Also Known as MARIE THERESA SILVERIA, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THYRZA BENSON FOWLER, Individually, and R. STUYVESANT PIERREPONT and Another, as Substituted Trustees Created under Article 28 of the Last Will and Testament of MARY BENSON, Deceased, Appellants, v. MONTAUK BEACH DEVELOPMENT CORPORATION and Others, Defendants; WILLIAM H. ROBBINS and Another, as Receivers of MONTAUK BEACH DEVELOPMENT CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

JACOB GOLD, Appellant, v. MANUFACTURERS TRUST COMPANY, Individually; Said MANUFACTURERS TRUST COMPANY, as Trustee under Two Certain Indentures of Trust Each Dated January 1, 1930, Entered into between PICK BARTH HOLDING CORPORATION and Said MANUFACTURERS TRUST COMPANY, and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

JEANNE H. GOLD, Respondent, v. ABRAHAM SMITH, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANNIE GRESCAK, as Administratrix, etc., of MICHAEL GRESCAK, Deceased, Respondent, v. VILLAGE OF PORT CHESTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.